UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUHAMMAD M. ABDELHALIEM,<br><br>      Plaintiff,<br><br>      v.<br><br>MALDEN POLICE DEPARTMENT, et al.,<br><br>      Defendants. | C.A. No. 22-10788-WGY |

FINAL ORDER OF DISMISSAL

YOUNG, D.J.

In accordance with the Memorandum and Order dated July 19, 2022, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

SO ORDERED.

Date: July 19, 2022

By the Court,

/s/ Jennifer Gaudet
Deputy Clerk